FREDERICK SCHULTZ, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued October 12, 1894; decided October 30, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 25, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*L. F. Longley* for appellant.

*J. Rider Cady* for respondent.

Agree to affirm; no opinion.

All concur, except GRAY, J., dissenting, and FINCH, J., not sitting.

Judgment affirmed. _____

SUSAN CASSIDY, Respondent, *v.* THE CITY OF POUGHKEEPSIE, Appellant.

(Argued October 15, 1894; decided October 30, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 28, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*C. B. Herrick* for appellant.

*J. Morschauser* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.